UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| RICHARD MEARL YOCK and | ) | CASE NO. 07-71105 |
| MARY ANN KARLBERG, | ) | |
| | ) | |
| Debtors. | ) | |

### NOTICE OF MOTION AND MOTION FOR FINAL DECREE, CERTIFICATE OF CONFIRMATION AND TO CLOSE CHAPTER 11 CASE

The Debtors, RICHARD MEARL YOCK and MARY ANN KARLBERG, have filed a Motion for Final Decree, Certificate of Confirmation and to Close Chapter 11 Case with the Court in the above-captioned case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you want the Court to consider your views on the Motion, then you or your attorney must:

1. File a written response to the above motion on or before the date set for the hearing on the motion at the United States Bankruptcy Court, 211 South Court Street, Room 110, Rockford, IL 61101, or
2. Attend the hearing scheduled to be held on **December 28, 2011 at 11:00 a.m.** at the United States Bankruptcy Court, 211 South Court Street, Room 115, Rockford, IL 61101.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to Attorney Stephen G. Balsley, Barrick, Switzer, Long, Balsley & Van Evera, 6833 Stalter Drive, Rockford, IL 61108.

If you file a response, attend the hearing on the motion scheduled to be held on **December 28, 2011 at 11:00 a.m.** at the United States Bankruptcy Court, 211 South Court Street, Room 115, Rockford, IL 61101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion or Objection and may enter an Order granting that relief.

Dated: November 29 2011

_____
STEPHEN G. BALSLEY

Stephen G. Balsley
**BARRICK, SWITZER, LONG,**
 **BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL  61108
Telephone: 815/962-6611
FAX: 815/962-0687

## PROOF OF SERVICE

I, the undersigned, certify that a copy of the foregoing document was served upon:

SEE ATTACHED SERVICE LIST

That I sealed said envelope and placed sufficient United States postage on each; that I deposited said envelope so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on December ___1___, 2011.

*[signature: Cindy M. Toran]*

Stephen G. Balsley
**BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL  61108
Telephone:  815/962-6611
FAX:  815/962-0687

```
Label Matrix for local noticing        AMCORE Bank, N.A.                      American Express Centurion Bank
0752-3                                 c/o Randall & Kenig LLP                c/o Becket and Lee LLP
Case 07-71105                          455 N. Cityfront Plaza Drive-Suite 2510 POB 3001
Northern District of Illinois          Chicago, IL 60611-5323                 Malvern, PA 19355-0701
Rockford
Wed Nov 30 09:30:12 CST 2011

B-Line, LLC                            Citicorp Credit Services Inc           G & O Landscaping Inc
P.O. Box 91121                         7930 NW 110th street                   PO Box 1171
Dept. 550                              Kansas City, MO 64153-1270             Rockford, Il 61105-1171
SEATTLE, WA 98111-9221


GMAC                                   North Fork Bank                        Roundup Funding LLC
PO Box 130424                          265 Broadhollow Rd.,                   2101 Fourth Ave  #900
Roseville, MN 55113-0004               POB 8913                               Seattle, WA 98121-2339
                                       Melville, NY 11747-8913


U.S. Bankruptcy Court                  AMCORE Bank, N.A.                      AMCORE Bank, N.A.
Western Division                       Attn: Marilyn Kiefer                   c/o Attorney Scott H. Kenig
211 S. Court Street                    1210 South Alpine Road                 455 Cityfront Plaza, Suite 2510
Rockford, IL 61101-1219                Rockford, IL 61108-3946                Chicago, IL 60611-5323


American Express                       American Express Centurion Bank        Anchor Bank
Box 0001                               % Becket & Lee LLP                     Attn Steve Wood/Credit Services Dept
Los Angeles, CA 90096-0001             PO Box 3001                            2215 Holiday Drive
                                       Malvern, PA 19355-0701                 Janesville, WI 53545-0317


B-Line, LLC                            Bank of America                        Bank of America
Attn Steven Kane                       Bankcard Center                        Business Card
P.O. Box 91121 Dept 550                PO Box 15184                           PO Box 15710
Seattle, WA 98111-9221                 Wilmington, DE 19850-5184              Wilmington, DE 19886-5710


Bank of America                        Bank of America                        Bank of America NA (USA)
P.O. Box 15026                         P.O. Box 60073                         Attn: Mr BK DE5-023-03-03
Wilmington, DE 19850-5026              City Of Industry, CA 91716-0073        1000 Samoset Dr
                                                                              Newark, DE 19713-6000


(p)CAPITAL ONE                         CHASE BANK USA, NA                     Capital One Bank
PO BOX 30285                           PO BOX 15145                           PO Box 70884
SALT LAKE CITY UT 84130-0285           WILMINGTON, DE  19850-5145             Charlotte, NC 28272-0884


Chase Bank                             Chase Bank USA, N.A.                   Chase/Visa (Priority Club)
P.O. Box 15145                         PO Box 15145                           Cardmember Service
Wilmington, DE 19850-5145              Wilmington, DE 19850-5145              P.O. Box 15153
                                                                              Wilmington, DE 19886-5153


ComEd Co                               Creekside Condominium                  Encore Receivable Management Inc
Attn Bankruptcy Section/Revenue Mgmt   c/o 5 Points Rentals                   400 North Rogers Road
2100 Swift Drive                       3840 Broadway                          PO Box 3330
Oakbrook, Il 60523-1559                Rockford, IL 61108-6283                Olathe, KS 66063-3330
```

| | | |
|---|---|---|
| Encore Receivable Mgmt Inc<br>PO Box 47248<br>Oak Park, MI 48237-4948 | Etta Pullen<br>71 County Road 533<br>Poplar Bluff, MO 63901-8792 | GMAC<br>Attn: R Randle<br>PO Box 130424<br>Roseville, MN 55113-0004 |
| Greenpoint Mortgage Funding, Inc.<br>P.O. Box 84013<br>Columbus, GA 31908-4013 | Inland V Richards Plaza LLc<br>Chernov STern & Krings SC<br>330 East Kilbourn Ave Ste 1275<br>Milwaukee WI 53202-3196 | Interval Management<br>4010 West Lake Drive, Suite C<br>Wilson, WY 83014 |
| Mastercard - GM Business Card<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Mastercard - Juniper Bank<br>P.O. Box 13337<br>Philadelphia, PA 19101-3337 | Mastercard/AT&T Universal Card<br>Cardmember Services<br>P.O. Box 44167<br>Jacksonville, FL 32231-4167 |
| May Griggs<br>4126 Packard Way<br>Rockford, IL 61101-9547 | Norstar Heating & Cooling<br>122 North Second Street<br>Rockford, IL 61107-4051 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| Scott H Kenig<br>Randall & Kenig LLP<br>455 N Cityfront Plaza  Ste 2510<br>Chicago, Il 60611-5323 | The CIT Group/Consumer Finance<br>P.O. Box 24330<br>Oklahoma City, OK 73124-0330 | The CIT Group/Consumer Finance, Inc.<br>715 South Metropolitan, Suite 150<br>Oklahoma City, Oklahoma 73108-2057 |
| Visa - Citi Cards<br>Box 6000<br>The Lakes, NV 89163-6000 | Visa - Citicards<br>Box 6000<br>The Lakes, NV 89163-6000 | Whitehead Realtors<br>5100 East State Street<br>Rockford, IL 61108-2913 |
| James E Stevens<br>Barrick, Switzer, Long, Balsley & Van Ev<br>6833 Stalter Drive<br>Rockford, Il 61108-2579 | Mary Ann Karlberg<br>5290 North Lake Drive<br>Whitefish Bay, WI 53217-5369 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>780 Regent Street<br>Suite 304<br>Madison, WI 53715-2635 |
| Richard Hearl Yock<br>5290 North Lake Drive<br>Whitefish Bay, WI 53217-5369 | Stephen G Balsley<br>Barrick, Switzer, Long, Balsley, etal<br>6833 Stalter Drive<br>Rockford, IL 61108-2579 | Tyler A Moore<br>6833 Stalter Drive<br>First Floor<br>Rockford, IL 61108-2579 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CAPITAL ONE BANK<br>C/O TSYS DEBT MANAGEMENT<br>PO BOX 5155<br>NORCROSS, GA  30091

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| RICHARD MEARL YOCK and | ) | CASE NO. 07-71105 |
| MARY ANN KARLBERG, | ) | |
| | ) | |
| Debtors. | ) | |

**MOTION FOR FINAL DECREE, CERTIFICATE OF CONFIRMATION AND TO CLOSE CHAPTER 11 CASE**

NOW COMES the Debtors, RICHARD MEARL YOCK and MARY ANN KARLBERG, by their attorneys, BARRICK, SWITZER, LONG, BALSLEY and VAN EVERA, and moves the Court for Final Decree, and in support thereof states as follows:

1. The Chapter 11 proceeding was commenced by filing a Petition with this Court on May 4, 2007

2. The Court confirmed the Debtors' Chapter 11 Plan of Reorganization on June 4, 2008.

3. Administrative claims have been paid in full as provided by the Plan.

4. The Debtor has paid all of the fees due to the United States Trustee, and is ready, willing and able to pay any final fee due to the United States Trustee upon receipt of a statement from the United States Trustee as to the amount due.

5. There is no reason to keep the Chapter 11 case open.

WHEREFORE, the Debtors move the Court to enter a Final Decree and to close this case.

STEPHEN G. BALSLEY

Stephen G. Balsley
**BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL  61108
Telephone:  815/962-6611
FAX:  815/962-0687