UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  07-71105 |
| RICHARD MEARL YOCK and | ) | |
| MARY ANN KARLBERG, | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable Manuel Barbosa |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE AND CERTIFICATE OF CONFIRMATION AND ORDER CLOSING CASE

THIS CAUSE coming on to be heard upon the Debtors' Motion for Final Decree, and an Order of Substantial Consummation, and all interested persons having received notice, and the Court being fully advised in the premises, FINDS:

1. An Order was entered confirming the Debtors' Chapter 11 Plan of Reorganization on June 4, 2008.
2. Notice of the Debtors' Application for a Final Decree and an Order has been given to all persons and entities entitled to notice.
3. There is no reason to keep the Chapter 11 case open.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED:

A. The Debtors are released from all of their dischargeable debts and liabilities except as provided in the Plan and Order Confirming the Plan.
B. This estate and case is hereby closed effective December 28, 2011.

Enter: /s/ Honorable Manuel Barbosa
United States Bankruptcy Judge

Dated: DEC 28 2011

**Prepared by:**

Stephen G. Balsley
BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA
6833 Stalter Drive
Rockford, IL  61108
Telephone: 815/962-6611
FAX: 815/962-0687

Rev: 201100318_bko